# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ZACHARY ZAERR, | : | Case No. 1:20-cv-895 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| ABUBAKAR ATIQ DURRANI, M.D., *et al.*, | : | |
| Defendants. | : | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL (Doc. 30)

This civil action is before the Court on Plaintiff's motion for voluntary dismissal without prejudice under Fed. R. Civ. P. 41(a)(2) (the "Motion to Dismiss"). (Doc. 30). Counsel have advised the Court via email to Chambers that Defendants do not oppose the Motion to Dismiss. Upon careful review, the Court concludes that dismissal without prejudice is both just and proper under Fed. R. Civ. P. 41(a)(2).

Accordingly:

1. The Motion to Dismiss (Doc. 30) is **GRANTED**;

2. This civil action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(2); and

3. The Clerk shall enter judgment accordingly, whereupon this matter is **TERMINATED** upon the docket of this Court.

**IT IS SO ORDERED.**

Date: 3/1/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge